FILED

10/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 23-0414

**IN THE MATTER OF T.K.B. and N.Z.B.,**

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Mother's Motion to Consolidate, without objection, and good cause appearing,

IT IS HEREBY ORDERED that DA 23-0413 and DA 23-0414 are consolidated into DA 23-0414 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2023